UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
REBECCA BRUSH.

                       Plaintiff,                   20 **CIVIL** 2796 (VEC) (KNF)

          -against-                         **JUDGMENT**

KILOLO KIJAKAZI, Acting Commissioner of the
Social Security Administration,

                     Defendant.
-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated August 5, 2021, Plaintiff's motion for judgment on the pleadings is GRANTED. Defendant's cross-motion for judgment on the pleadings is DENIED. This case is REMANDED to the Commissioner pursuant to 42 U.S.C. §405(g) for further Proceedings consistent with Judge Fox's R&R. Because the R&R gave the parties adequate warning, *see* R&R at 19–20, Defendant's failure to file objections to the R&R precludes appellate review of this decision; accordingly, this case is closed.

**Dated:**  New York, New York
           August 6, 2021

                                                      **RUBY J. KRAJICK**

                                                          Clerk of Court
                                         **BY:**
                                                            Deputy Clerk