```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
In Furtherance of the                                            :            ORDER
                                                                 :
Stay of Certain Civil Cases                                      :
                                                                 :
Pending the Restoration of                                       :
                                                                 :
Department of Justice Funding                                    :
                                                                 :
---------------------------------------------------------------- X


WHEREAS the Court issued a Standing Order (1:25-mc-00433-LTS) relating to the stay of certain civil cases, and the tolling of certain deadlines in those cases, involving the United States Attorney's Office for the Southern District of New York.

It is hereby noted that the cases assigned to the undersigned that are listed below are subject to the terms of the Standing Order. The Clerk of Court is respectfully directed to enter a copy of this Notice in each listed case.

20-cv-2796

22-cv-3822

25-cv-5959

25-cv-6639

25-cv-7166


**SO ORDERED.**

**Dated: October 20, 2025**
**New York, New York**

_Valerie Caproni_
_____
**VALERIE CAPRONI**
**United States District Judge**